955 A.2d 349

COMMONWEALTH of Pennsylvania, Respondent

v.

Jeffrey FLOYD, Petitioner.

Supreme Court of Pennsylvania.

Aug. 19, 2008.

### ORDER

PER CURIAM.

AND NOW, this 19th day of August, 2008, the Petition for Extension of Time to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.